UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Dale F. Meyer,

               Plaintiff,

vs.                               ORDER ADOPTING
                               REPORT AND RECOMMENDATION

Michael J. Astrue, Commissioner
of the Social Security Administration,

               Defendant.             Civ. No. 09-3205 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Defendants' Motion for Summary Judgment [Docket No. 11] is DENIED.

2. Plaintiff's Motion for Summary Judgment [Docket No. 9] is GRANTED IN PART, for remand for further consideration of whether claimant is entitled to a finding of disability pursuant to sentence four of 42 U.S.C. § 405(g), and DENIED as to an award of benefits.

DATED: February 3, 2011                      s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis, Chief Judge
                                                             United States District Court