UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Dale F. Meyer,

    Plaintiff,

  v.           ORDER ADOPTING
              REPORT AND RECOMMENDATION

Michael J. Astrue,
*Commissioner*
*of the Social Security Administration,*

     Defendant.    Civ. No. 00-3205 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

  1.  Plaintiff Dale F. Meyer's Motion for Attorney Fees [Docket No. 20] be **GRANTED**;

  2.  Plaintiff Dale F. Meyer be awarded $4070.00 in reasonable attorney's fees, subject to

offset by any preexisting debt that he owes to the United States;

  3.  Pursuant to the assignment of EAJA Fee award signed by Plaintiff and filed with this

Court [Docket No. 23], the Commissioner be directed to pay the above-awarded fees, minus any

applicable offset, directly to Neut L. Strandemo.

DATED: September 12, 2011    s/Michael J. Davis
At Minneapolis, Minnesota    Michael J. Davis, Chief Judge
            United States District Court